**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-1050**

———————

EAST TENNESSEE NATURAL GAS COMPANY,

Plaintiff - Appellee,

versus

JOHN BRADLEY LAWSON; KENT WISE; STEVEN WISE,

Defendants - Appellants,

and

2.61 ACRES IN HENRY COUNTY, VIRGINIA; LUCY
CLARK, Commissioner of Revenue; UNKNOWN
OWNERS; JOHN DOE,

Defendants.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Danville. Jackson L. Kiser, Senior
District Judge. (CA-02-117-4)

———————

Submitted: June 29, 2007          Decided: July 18, 2007

———————

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

John Bradley Lawson, Kent Wise, Steven Wise, Appellants Pro Se.
Lela Merrell Hollabaugh; Michael Scott Mizell, WALLER, LANSDEN,
DORTCH & DAVIS, Nashville, Tennessee, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Bradley Lawson, Kent Wise, and Steven Wise appeal the district court's order awarding $19,220 to land owners in a condemnation proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>East Tn. Natural Gas Co. v. 2.61 Acres in Henry County, Va.</u>, No. CA-02-117-4 (W.D. Va. Dec. 7, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>